*Law Office of*
# *Deron R. Castro, P.C.*
118-35 Queens Boulevard
Suite 1220
Forest Hills, NY  11375

*E-mail: CastroEsq@aol.com*

*Tel .:(718)793-9060*
*Fax :(718)520-8544*

August 30, 2010

Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York  11201

**Re:    Chee Thye Chaw**
**         10 Cr. 00039 (DGT)**

Dear Honorable David G. Trager:

Mr. Chee Thye Chaw is scheduled to be sentenced on September 23, 2010 at 11 a.m.   As counsel for Chee Chaw, I respectfully request that this Court re-schedule Mr. Chaw's sentencing date from September 23, 2010 at 11:00 a.m. to October 25, 2010 or any date thereafter.   I would like additional time to file submissions on behalf of Mr. Chaw for sentencing.   I also have a scheduling conflict on September 23, 2010 at 11:00 a.m. including, but not limited to, a trial case in New York State Supreme Court.  I have spoken to AUSA Reddy and she has no objection to my request.   There was one previous request for an adjournment of the arraignment on the indictment but there were no other requests to adjourn the sentencing date.   If you have any questions, please contact me at your earliest convenience.

Sincerely,

*Deron Castro*
Deron Castro, Esq.

Application granted  _____

Application denied  _____

So Ordered:

_____
David G. Trager, U.S.D.J.

Cc:     AUSA Sree Vamshi C. Reddy