*Law Office of*
## Deron R. Castro, P.C.
118-35 Queens Boulevard
Suite 1220
Forest Hills, NY  11375

E-mail: CastroEsq@aol.com                                                                    *Tel.:(718)793-9060*
                                                                                             *Fax:(718)520-8544*

August 30, 2010

USPO Richard Antonison
United States Probation Department
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY  11201

**RE:   United States of America v. Chee Thye Chaw**
**      10 CR 00039 (DGT)**
**      Objections to Presentence Investigation Report**

Dear Officer Antonison:

    I write with respect to the Presentence Investigation Report of Chee Thye Chaw.  The scheduled sentence date is September 23, 2010 at 11:00 a.m.  Having reviewed the Presentence Investigation Report with my client, Chee Thye Chaw, there are no objections to the information and findings contained in the report.  However, we will be submitting a pre-sentence memorandum addressing issues related to Mr. Chaw's background and the sentencing factors set forth in 18 U.S.C. Section 3553 prior to the date for sentencing and we will provide a copy to you.

    If you have any questions, please contact me at your earliest convenience.

          Sincerely,

          *Deron Castro*

          Deron Castro, Esq.
          Attorney for Defendant
          118-35 Queens Boulevard
          Suite 1220
          Forest Hills, New York  11375
          CastroEsq@aol.com

Cc:    Honorable David G. Trager
       United States District Court
       Eastern District of New York
       225 Cadman Plaza
       Brooklyn, New York  11201

       AUSA Sree Vamshi C. Reddy
       Assistant U.S. Attorney
       U.S. Attorney's Office
       Eastern District of New York
       271 Cadman Plaza East
       Brooklyn, NY  11201